IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:18-CV-00045-FL

| | |
|---|---|
| CALVIN TYRONE NORTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| BRIAN NICHOLAS HIGH, in his personal ) | **ORDER** |
| capacity and his official capacity as a Deputy ) | |
| Sheriff of Columbus County, North Carolina, ) | |
| LEWIS HATCHER, in his personal capacity ) | |
| and his official capacity as Sheriff of ) | |
| Columbus County, North Carolina, ) | |
| WESTERN SURETY COMPANY d/b/a ) | |
| CNA SURETY INSURANCE as the ) | |
| SURETY for the Columbus County Sheriff, ) | |
| TRACEY WARD also name "John Doe" in ) | |
| his personal capacity and his official capacity ) | |
| as Lieutenant of Columbus County Detention ) | |
| Center of the Sheriff and RENE TREVINO in ) | |
| his personal capacity and his official capacity ) | |
| as Deputy Sheriff of Columbus County, ) | |
| North Carolina, ) | |
| ) | |
| Defendants. ) | |
| ) | |

_____

THIS MATTER comes before the Court upon defendants' *Motion for an Order Approving the Production of Video Surveillance Camera Footage of the Plaintiff in Discovery*. The Court finds that good cause exists to approve the production, through discovery, of video surveillance camera footage of the Plaintiff in the Columbus County

Detention Center on March 16, 2018 and of the Plaintiff in the Columbus County Courthouse on March 16, 2018 after being ordered into the custody of Columbus County Sheriff's Deputies requested by the Plaintiff. For good cause shown, the defendants' motion is GRANTED.

This the 20th day of August, 2018.

_____
Louise Wood Flanagan
United States Magistrate Judge