IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:18-CV-00045-FL

| | |
|---|---|
| CALVIN TYRONE NORTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>BRIAN NICHOLAS HIGH, in his personal )<br>capacity and his official capacity as a Deputy )<br>Sheriff of Columbus County, North Carolina, )<br>LEWIS HATCHER, in his personal capacity and )<br>his official capacity as Sheriff of Columbus )<br>County, North Carolina, WESTERN SURETY )<br>COMPANY d/b/a CNA SURETY INSURANCE )<br>as the SURETY for the Columbus County )<br>Sheriff, TRACEY WARD also name "John Doe" )<br>in his personal capacity and his official capacity )<br>as Lieutenant of Columbus County Detention )<br>Center of the Sheriff and RENE TREVINO in his )<br>personal capacity and his official capacity as )<br>Deputy Sheriff of Columbus County, North )<br>Carolina, )<br>)<br>Defendants. )<br>)<br>) | **ORDER GRANTING<br>DEFENDANTS' MOTION FOR<br>LEAVE TO MANUALLY FILE<br>ATTACHMENTS** |

_____

THIS cause comes before the Court on the Defendants' Motion for Leave to Manually File Attachments. The Defendants seek leave of court to file three CD-ROMs in conjunction with the Defendants' Response in Opposition to the Plaintiff's Motion to Compel [DE # 28]. The CD-ROMs in question are Attachment 12, Attachment 13, and Attachment 14 to the Defendants' Response in Opposition to the Plaintiff's Motion to Compel.

For good cause shown, Defendants' Motion for Leave to Manually File Attachments is GRANTED. The Clerk shall file the CD-ROMs submitted by the Defendants to the Court.

This the 25th day of October, 2018.

_____
LOUISE W. FLANAGAN
United States District Judge