IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION Case No. 7:18-CV-00045-FL

| | |
|---|---|
| CALVIN TYRONE NORTON,<br>Plaintiff,<br><br>v.<br><br>BRIAN NICHOLAS HIGH, in his personal capacity<br>and his official capacity as a Deputy Sheriff of<br>Columbus County, North Carolina, LEWIS<br>HATCHER, in his personal capacity and his official<br>capacity as Sheriff of Columbus County, North<br>Carolina, WESTERN SURETY COMPANY d/b/a<br>CNA SURETY INSURANCE as the SURETY for<br>the Columbus County Sheriff, TRACEY WARD<br>also name "John Doe" in his personal capacity and<br>his official capacity as Lieutenant of Columbus<br>County Detention Center of the Sheriff and RENE<br>TREVINO in his personal capacity and his official<br>capacity as Deputy Sheriff of Columbus County,<br>North Carolina,<br>Defendants, | ORDER |

THIS cause comes before the Court on the Plaintiff's Motion for Leave to Manually File Attachments. The Plaintiff seek leave of court to file four (1) CD ROM in conjunction with the Plaintiff's Response in Opposition to the Defendants' Motion for Summary Judgment. [DE # 56] The CD-ROM in question constitute Exhibit 28 [DE~67~1] and (2) TWO COPIES OF Judge William Fairley's orders entered in a Columbus County Court file number 10 CVD 152 THAT WAS SENT TO THE CLERK'S OFFICE DOCKETED AS [DE~67~2]. For good cause shown, Plaintiff's Motion for Leave to Manually File Attachments is GRANTED. The Clerk shall file the CD-ROM submitted by the Plaintiff to the Court.

This 14th day of January, 2019.

*Louise W. Flanagan*
LOUISE W. FLANAGAN
United States District Judge