IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:18-CV-00045-FL

CALVIN TYRONE NORTON, )
)
Plaintiff, )
)
v. )
BRIAN NICHOLAS HIGH, in his personal capacity and )
official capacity as a Deputy Sheriff of Columbus County, )
North Carolina, LEWIS HATCHER, in his personal )     ORDER
capacity and his official capacity as Sheriff of Columbus )
County, North Carolina, WESTERN SURETY COMPANY)
d/b/a CNA SURETY INSURANCE as the SURETY for the)
Columbus County Sheriff, TRACEY WARD also name )
John Doe" in his personal capacity and his official capacity )
as Lieutenant of Columbus County Detention Center of the )
Sheriff and RENE TREVINO in his personal capacity and )
his official capacity as Deputy Sheriff of Columbus County,)
North Carolina, )
)
Defendants, )

This matter is before the Court on Plaintiff Calvin Tyrone Norton's Motion to Seal (the

"Motion"). Plaintiff seeks leave to file under seal Exhibit C to his Memorandum of Law in

Support of Motion for Disallowance Regarding Defendant's Bill of Costs. For good cause

shown, the Court hereby grants Plaintiff's Motion. Accordingly, Exhibit C to Plaintiff's

Memorandum of Law in Support of Motion for Disallowance Regarding Defendant's Bill of

Costs for Plaintiff's failure to appear to the deposition scheduled on October 1, 2018 shall be

filed and shall remain under seal.

SO ORDERED, this the 24th day of May, 2019.

Louis W. Flanagan

Honorable Louise W. Flanagan United States
District Court Judge